IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 11-00418 LHK |
| Plaintiff, | ) ) ) | [~~PROPOSED~~] ORDER TO CONTINUE STATUS HEARING |
| vs. | ) ) | |
| EDUARDO MENDEZ-AGUILAR, | ) ) | |
| Defendant. | ) ) | |

   Good cause appearing and by stipulation of the parties, it is hereby ordered that the status hearing in the above-captioned matter shall be continued from Wednesday, December 14, 2011, to Wednesday, January 4, 2012, at 10:00 a.m.

   It is further ordered that the time through and including Wednesday, January 4, 2012, shall be excluded from the computation of the time within which trial shall commence, as the reasonable time necessary for continuity and effective preparation of counsel, taking into account the exercise of due diligence, pursuant to Title 18, United States Code Section 3161(h)(7)(A) and (h)(7)(B)(iv).

Dated: December 13, 2011

_____
HON. LUCY H. KOH
United States District Judge

[~~Proposed~~[ Order to Continue Status Hearing
CR 11-00418 LHK                              1